IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TASHA R., | : |
|     Plaintiff, | : |
| v. | :   Case No. 2:23-cv-4236 |
| | :   Chief Judge Algenon L. Marbley |
| MARTIN O'MALLEY, Commissioner Of Social Security, | :   Magistrate Judge Kimberly A. Jolson |
|     Defendant. | : |

**ORDER**

This matter is before this Court on the parties' Joint Motion for an Award of Attorney Fees under the Equal Access to Justice Act ("EAJA"). (ECF No. 11). The parties have stipulated to an award to Plaintiff of attorney fees in the amount of $3,100, and $400 in costs, under the EAJA. (*Id.* at 1). This award satisfies all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. (*Id.*). Further, Defendant agrees to direct the award to Plaintiff's attorney if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset. (*Id.* at 2).

For the foregoing reasons and for good cause shown, the parties' Joint Motion is **GRANTED**. (ECF No. 11). Plaintiff is **AWARDED** $3,100 in fees and $400 in costs. Counsel shall verify whether Plaintiff owes a preexisting debt to the United States subject to offset. If no such debt exists, the Commissioner shall make the EAJA award payable directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel.

    **IT IS SO ORDERED.**

                                                        ALGENON L. MARBLEY
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**

**Dated: July 1, 2024**